[No. 6385-9-II. Division Two. May 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ADOLF MICHAEL NORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-1-00108-4, Thomas L. Lodge, J., entered

May 22, 1981. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.